FILED

DEC -4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:
ORDER REQUIRING APPLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT

CASE NO.: 2:13-SW-425-EFB

ORDER

Before the Court is the Government's motion for an order requiring Apple, Inc. ("Apple") to assist law enforcement agents in the search of an Apple iOS device. Upon consideration of the motion, and for the reasons stated therein, it is hereby

ORDERED that Apple assist law enforcement agents in the examination of the iPhone with Model # A1387, serial number C39GP09PDTDC, IMEI# 01300400873726 1, and FCC ID# BCG-E2430A (the "IOS Device"), acting in support of a search warrant issued separately by this Court;

FURTHER ORDERED that Apple shall provide reasonable technical assistance to enable law enforcement agents to obtain access to unencrypted data ("Data") on the iOS Device.

FURTHER ORDERED that, to the extent that data on the iOS Device is encrypted, Apple may provide a copy of the encrypted data to law enforcement, but Apple is not required to attempt to decrypt, or otherwise enable law enforcement's attempts to access any encrypted data;

FURTHER ORDERED that Apple's reasonable technical assistance may include, but is not limited to, bypassing the iOS Device user's passcode so that the agents may search the iOS Device, extracting data from the iOS Device and copying the data onto an external hard drive or other storage medium that law enforcement agents may search, or otherwise circumventing the iOS Device's security systems to allow law enforcement access to Data and to provide law enforcement with a copy of encrypted data stored on the IOS Device;

\\\

\\\

\\\

\\\

\\\

3

1  FURTHER ORDERED that although Apple shall make reasonable efforts to maintain the integrity of
2  data on the iOS Device, Apple shall not be required to maintain copies of any user data as a result of the
3  assistance ordered herein; all evidence preservation shall remain the responsibility of law enforcement
4  agents.

Dated: 12-4-13

THE HON. EDMUND F. BRENNAN
United States Magistrate Judge